IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 08 80204 MISC

Michael Bruce Price - #51363

**ORDER TO SHOW CAUSE**

_____/

It appearing that Michael Bruce Price has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective July 26, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Michael Bruce Price
Attorney At Law
P.O. Box 2153
South San Francisco, CA 94083