**FILED**

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Michael Bruce Price,

No 51363

No CV-08-80204 MISC VRW

ORDER

On October 10, 2008, the court issued an order to show cause (OSC) why Michael Bruce Price should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective July 26, 2008, as an inactive member of the State Bar pursuant to Section 6007 of the Business and Professions Code. The OSC was mailed to Mr Price's address of record with the State Bar. He has filed no response.

The court now orders Michael Bruce Price removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close this file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Michael Bruce Price,

_____/

Case Number: CV08-80204 MISC  VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Bruce Price
P.O. Box 2153
South San Francisco, CA 94083

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*